```
UNITED STATES DISTRICT COURT
  MIDDLE DISTRICT OF TENNESSEE
       NASHVILLE DIVISION
```

UNITED STATES OF AMERICA,        )
                                 )
       Plaintiff                 )
                                 )     No. 3:09-CR-94
v.                               )     Judge Trauger/Brown
                                 )
BRIAN RHODES,                    )
                                 )
       Defendant                 )

**O R D E R**

A hearing was held in this matter on October 29, 2012, concerning the allegations of violations of conditions of release.

The Defendant's counsel explained the circumstances leading up to the violation notices and advised that his client now had a valid driver's license and insurance, and that he had a permanent address that had been verified by Pretrial Services.

The Government did not request a revocation of the conditions of pretrial release based on the latest information provided.

The Defendant will be continued on his current conditions without modification. However, he is cautioned that failure to keep a current address on file is a serious matter and that any further violations of the conditions of release could result in revocation of bond.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge