Motion GRANTED.

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | NO. 3:09-CR-00094-1 |
| v. | ) | Judge Trauger |
| | ) | |
| BRIAN MARCELLE RHODES | ) | |

## MOTION TO CONTINUE TRIAL
## AND TO EXTEND PRETRIAL DEADLINES

Defendant Brian Rhodes, through counsel, moves the Court to continue the trial in this matter from June 25, 2013 to a date after August 25, 2013 (60 days), appropriate to the Court's calendar and to extend all related pretrial deadlines. In support of this motion defendant would show:

1. Defendant is currently scheduled for trial on June 25, 2013 at 9:00 a.m. (Docket No. 289). Representation in this matter began on March 31, 2009 (Docket No. 46). Defendant is indigent.

2. The parties are continuing to work towards a resolution to avoid trial in this matter but additional time in needed to complete this task.

3. Defendant has no objection to the requested extension and defendant's executed Waiver of Speedy Trial is attached. Mr. Rhodes has been determined by the U.S. Magistrate to be of no danger to public safety and not a flight risk. He is released on a personal recognizance bond, and is in full compliance with all conditions governing his pretrial release including supervision and special conditions.

1