IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

==Motion GRANTED conditioned upon the timely filing of a waiver of speedy trial.==

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | NO. 3:09-cr-00094-1 |
| v. ) | JUDGE TRAUGER |
| ) | |
| BRIAN MARCELLE RHODES ) | |

## UNOPPOSED MOTION TO CONTINUE TRIAL AND TO EXTEND PRETRIAL DEADLINES

Defendant Brian Rhodes, without opposition from the government, moves the Court for an Order continuing the trial set for February 11, 2014 to a date after March 21, 2014, convenient to the Court's calendar, and to extend all related pretrial deadlines. In support, defendant would show:

1. Defendant is currently scheduled for trial on February 11, 2014 at 9:00 a.m. (Docket No. 298). Representation in this matter began on March 31, 2009 (Docket No. 46). Defendant is indigent.

2. The parties are continuing to work towards a resolution to avoid trial in this matter, but additional time is needed to complete this task.

3. Defendant has no objection to the requested extension. Defendant is executing a Waiver of Speedy Trial and upon receipt, counsel will file the waiver with the Court.

4. Mr. Rhodes has been determined by the U.S. Magistrate to be of no danger to public safety and not a flight risk. He is released on a personal recognizance bond, and is in full compliance with all conditions governing his pretrial release including supervision and special conditions.

1